IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00087–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN L. COPELAND,

    Defendant.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Ty Anderson, Deputy Clerk

The Motion to Reschedule Sentencing Hearing (#20 - filed July 3, 2006) is GRANTED. The Sentencing Hearing scheduled for August 18, 2006 is VACATED and rescheduled for August 25, 2006 at 10:45 o'clock a.m.

Dated: July 6, 2006