IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **06-cr-87-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**KEVIN L. COPELAND,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    A Supervised Release Revocation Hearing is set for **August 24, 2011 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: July 11, 2011